## APPEAL TRANSMITTAL SHEET (non-death penalty)

| **Transmittal to 4CCA of notice of appeal filed:** 05/20/25 | **District:** South Carolina | **District Case No.:** 2:24-cv-01440-BHH |
|---|---|---|
| ✓ First NOA in Case<br>___ Subsequent NOA-same party<br>___ Subsequent NOA-new party<br>___ Subsequent NOA-cross appeal<br>___ Paper ROA   ___ Paper Supp.<br>Vols: _____<br>Other: _____ | **Division:** Charleston<br><br>**Caption:**<br>Taylor v. United States of America, The | **4CCA No(s). for any prior NOA:**<br><br>**4CCA Case Manager:** |

**Exceptional Circumstances:** ___ Bail  ___ Interlocutory  ___ Recalcitrant Witness  ___ Other _____

**Confinement-Criminal Case:**
___ Death row-use DP Transmittal
___ Recalcitrant witness
___ In custody
___ On bond
___ On probation

**Defendant Address-Criminal Case:**

**Fee Status:**
___ No fee required (USA appeal)   ✓ Appeal fees paid in full   ___ Fee not paid

**If the fee has not been paid, please check one of the following:**

**Criminal Cases:**
___ Defendant proceeded under CJA in district court.
___ Defendant did not proceed under CJA in district court.

**Civil, Habeas & 2255 Cases:**
___ Court granted & did not revoke IFP status (continues on appeal)
___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)
___ Court never granted IFP status (must pay fee or apply to 4CCA)

**PLRA Cases:**
___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)
___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA)

**District Judge:** Bruce Howe Hendricks

**Court Reporter** (list all):

**Coordinator:**

**Sealed Status** (check all that apply):
____ Portions of record under seal
____ Entire record under seal
____ Party names under seal
____ Docket under seal

**Record Status for Pro Se Appeals** (check any applicable):
___ Assembled electronic record available upon request
___ Additional sealed record available upon request
___ Paper record or supplement available upon request
___ No in-court hearings held
___ In-court hearings held – all transcript on file
___ In-court hearings held – all transcript not on file
___ Other:

**Record Status for Counseled Appeals** (check any applicable):
✓ Assembled electronic record available upon request
___ Additional sealed record available upon request
___ Paper record or supplement available upon request
✓ No in-court hearings held
___ In-court hearings held – all transcript on file
___ In-court hearings held – all transcript not on file
___ Other:

Deputy Clerk: s/Remy Heinen      Phone: 843-579-1414      Date: 05/20/25

10/01/2024 LDJ/CD